# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Brenda Kay Rupard,

    Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                3:08-cv-363

Michael J. Astrue,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/20/2008 Order.

                                                        Signed: October 22, 2008

Frank G. Johns, Clerk
United States District Court