UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cv-00363-FDW-DCK

| | |
|---|---|
| BRENDA KAY RUPARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | ORDER |

THIS MATTER is before the Court on a joint stipulation to reopen the case and enter final judgment for Plaintiff. An Administrative Law Judge rendered a decision favorable to Plaintiff on May 20, 2010, and neither party contests that decision.

Therefore, it is ORDERED that final judgment be entered in this case in accordance with the decision of the Administrative Law Judge.

IT IS SO ORDERED.

Signed: May 29, 2018

Frank D. Whitney
Chief United States District Judge