IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-363-FDW-DCK

| BRENDA KAY RUPARD, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NANCY A. BERRYHILL, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Application For Attorney's Fees Under The Equal Access To Justice Act" (Document No. 16) filed June 27, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion.

Pursuant to Local Rule 7.1(b), counsel must show that they have conferred, and set forth which issues remain unresolved. Plaintiff may file a renewed motion that indicates the parties have consulted.

It appears that Plaintiff received a fully favorable decision on May 20, 2010, not August 2, 2010. (Document No. 30-1). If Plaintiff renews her request for fees, she should explain the eight (8) year delay in making such a request.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Application For Attorney's Fees Under The Equal Access To Justice Act" (Document No. 16) is **DENIED, WITHOUT PREJDUCE**.

Signed: June 28, 2018

David C. Keesler
United States Magistrate Judge